# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | Case No. 1:17-cv-02156 |

## NOTICE OF ERRATA TO COMPLAINT

As instructed by the Office of the Clerk of this Court on October 20, 2017, Plaintiff hereby submits the accompanying errata to the Complaint (filed on October 18, 2017 [Dkt. 1]).  The errata, which is attached to this Notice, consists of a replacement final page of the Complaint, to reflect the signature of attorney Eric B. Fastiff, a member in good standing of the Bar of this Court, in place of the signature of attorney Steven E. Fineman.

Respectfully submitted,

Dated:  October 20, 2017      By:   /s/ *Eric B. Fastiff*
                                     Eric B. Fastiff (D.C. Bar # 453854)

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
efastiff@lchb.com

1

Steven E. Fineman
(D.C. Bar # 452744, D.D.C. admission application forthcoming)
Michael J. Miarmi (*pro hac vice* application forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
sfineman@lchb.com
mmiarmi@lchb.com

*Attorneys for Plaintiff*